IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CARY RATNER, *pro se* | ) | Civil Action |
| | ) | |
| | ) | No.  3:08-cv-00693-JJB-DLD |
| Plaintiff, | ) | |
| | ) | Judge:  Brady |
| v. | ) | |
| | ) | Magistrate Judge:  Dalby |
| J.M. TEST SYSTEMS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER GRANTING MOTION
### FOR LEAVE TO APPEAR PRO HAC VICE

Having considered the Motion For Leave To Appear Pro Hac Vice and for good cause shown;

IT IS ORDERED that the motion is GRANTED and Brett A. Schatz should be and hereby is admitted to practice in the United States District Court for the Middle District of Louisiana for purposes of this case only.

Signed in Baton Rouge, Louisiana, on December 17, 2008.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**